## NO. 05-70051

### IN THE UNITED STATES COURT OF APPEALS
### FOR THE FIFTH CIRCUIT

TONY ROACH,
Applicant,

VS.

DOUG DRETKE, Director of the
Texas Department of Criminal Justice,
Institutional Division,
Respondent.

U.S. COURT OF APPEALS
**FILED**
JUN 3 0 2006
CHARLES R. FULBRUGE III
CLERK

### APPLICATION FOR CERTIFICATE OF APPEALABILITY

Appeal from the United States District Court for the Northern District of Texas,
Amarillo Division; the Honorable Mary Lou Robinson, Judge Presiding

Respectfully submitted,

JOE MARR WILSON
Attorney at Law
104 West Sixth, Suite 300
Amarillo, Texas 79101
(806) 374-7758
(806) 374-0315 - Fax No.
State Bar No. 21697700

COUNSEL FOR APPLICANT

NO. 05-70051

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

TONY ROACH,
Applicant,

VS.

DOUG DRETKE, Director of the
Texas Department of Criminal Justice,
Institutional Division,
Respondent.

**APPLICATION FOR CERTIFICATE OF APPEALABILITY**

TO THE HONORABLE FIFTH CIRCUIT COURT OF APPEALS:

COMES NOW Applicant, TONY ROACH, by and through his attorney of record and files this Application for Certificate of Appealability pursuant to 28 U.S.C. § 2253 and Fed. R. App. R. 22(b), and in support thereof shows the Court the following:

*Procedural History*

1. Applicant was indicted on August 26, 1998, for capital murder of the death of Ronnie Dawn Hewitt on June 8, 1998. His evidentiary trial started on May 11, 1999. A verdict of guilty was returned on May 14, 1999. The punishment phase of the trial began on May 17, 1999. On May 20, 1999, the jury answered the special issues in a manner mandating death and Petitioner was sentenced in open court. Applicant's conviction and sentence was affirmed on direct appeal by the Texas Court of Criminal Appeals on November 7, 2001. *Roach v. State*, No. 73,529 (Tex. Crim.

2

App. 2001). Applicant's state habeas application was denied by the Texas Court of Criminal Appeals on January 9, 2002. *Ex Parte Roach*, No. 49,658-01 (Tex. Crim. App. 2002).

2. Applicant filed his federal petition for writ of habeas corpus on July 19, 2002. Respondent filed an answer on November 4, 2002, along with the state court records.

3. The District Court denied Applicant's requests for relief by virtue of written order dated September 27, 2005, which overruled Applicant's Objections to the Report and Recommendations of the Magistrate Judge. Notice of Appeal was filed on Applicant's behalf on October 27, 2005; however, the District Court declined to grant a Certificate of Appealability. Applicant has requested an extension of time to apply to this Court for a Certificate of Appealability.

*Issues Presented and Ruled Upon*

6. Applicant essentially presented eleven grounds for relief to the District Court which could be roughly described as (1) claims attacking execution (Grounds 1, 2 and 3), (2) appellate review claims (Ground 4), (3) sentencing procedure claims (Grounds 5, 8 and 9), (4) establishment clause claims (Ground 6), (5) cruel and unusual punishment claims (Ground 7), (6) denial of right to testify (10) and attorney conflict of interest claim (Ground 11). In Applicant's objections to the report and recommendation of the Magistrate Judge, Applicant preserved the potential for appeal as to all of these claims except Ground 7.

*Request for Certificate of Appealability*

8. Applicant submits that he has made a substantial showing (as is further outlined in his Brief in Support of Application for Certificate of Appealability) of the denial of a constitutional rights with regard to all of the preserved claims. *See* 28 U.S.C. § 2253 (c)(2). Applicant's requested appeal presents a question of some substance either that is debatable among jurists of reason, that

a court could resolve in a different manner, or that is adequate to deserve encouragement to proceed further.

*Conclusion*

Applicant respectfully requests this Court to grant him a certificate of appealability as to the issues set forth above.

Respectfully submitted,

JOE MARR WILSON
Attorney at Law
104 West Sixth, Suite 300
Amarillo, Texas 79101
(806) 374-7758
(806) 374-0315 - Fax No.
State Bar No. 21697700

COUNSEL FOR APPLICANT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing instrument has been forwarded to opposing counsel:

Attorney General of Texas
Capital Litigation Division
P.O. Box 12548
Capitol Station
Austin, TX 78711

SIGNED this 28th day of June, 2006.

JOE MARR WILSON

4